UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00031-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MARCUS DEVARD MASSEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Termination of Supervised Release. While such motion does not reflect whether defendant's supervising officer agrees to early termination, the court has contacted the United States Probation Office and it appears from an email from the Supervisory USPO Office that neither USPO Bonelli nor USPO Horton oppose the request as defendant has, despite an earlier violation, been compliant for 5 years. The court will, therefore, grant the defendant's request but caution him to remain on the better path he has chosen as the alternative is simply more incarceration.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Termination of Supervised Release (#404) is GRANTED and supervision is TERMINATED successfully.

Signed: March 31, 2016

Max O. Cogburn Jr
United States District Judge